STATE OF NORTH CAROLINA v. CHARLES GORDON JONES

No. 7019SC669

(Filed 16 December 1970)

**Constitutional Law § 36— cruel and excessive punishment — sentencing of youthful offender**

Consecutive sentences of two years' imprisonment, each of which was imposed upon a youthful offender's pleas of guilty to nonfelonious breaking and entering and to felonious larceny, were not cruel and excessive punishment. G.S. 148-49.4.

APPEAL by defendant from *Thornburg, Special Judge,* August 1970 Session CABARRUS Superior Court.

The defendant was tried on a bill of indictment containing two counts: one, a count of felonious breaking and entering, and the second count with felonious larceny of two hams after the breaking and entering.

The defendant, in person and through his court-appointed attorney, in open court, entered a plea of guilty to non-felonious breaking and entering and non-felonious larceny. The trial judge found that the plea in each case was entered freely, voluntarily and understandingly and thereupon sentenced the defendant to two consecutive sentences of two years each to the custody of the Commissioner of Corrections for treatment and supervision under G.S. 148 Section 49.4 entitled "Sentencing a Youthful Offender." The defendant appealed.

*Attorney General Robert Morgan by Staff Attorney James L. Blackburn for the State.*

*Williams, Willeford and Boger by Thomas M. Brady for defendant appellant.*

CAMPBELL, Judge.

The defendant asserts that the punishment was cruel and excessive. There is no merit in this exception. *State v. Caldwell,* 269 N.C. 521, 153 S.E. 2d 34 (1967). We have reviewed the record and agree with the candid statement of counsel for the defendant that no error appears in the record.

Affirmed.

Judges BRITT and HEDRICK concur.